UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH LEWIS,<br>　　　　　Plaintiff,<br>　　v.<br>BENEFICIAL CALIFORNIA, INC., et al.,<br>　　　　　Defendants. | Case No. 17-cv-03575-JSW (KAW)<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 45 |

On July 13, 2018, Defendants Beneficial California, Inc. and Beneficial Management Corporation of America ("Beneficial" or "Defendants") filed a Motion for Judgment on the Pleadings (Dkt. No. 45) ("MJOTP"). The Court ordered that responses to Defendants' MJOTP be filed by July 27, 2018 and that replies be filed by August 3, 2018. *Id.* To date, Plaintiff Isiah Lewis ("Lewis" or "Plaintiff") has not filed an opposition.

Accordingly, by no later than **August 17, 2018**, the Court orders Plaintiff to: (1) file a response to this order to show cause and explain why Defendants' MJOTP should not be granted as unopposed, and (2) file an opposition, if warranted, to Defendants' MJOTP. The response to this order to show cause and the opposition should be filed as separate documents. To aid in his compliance with this order, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants— by calling (415) 782-8982 to make an appointment to obtain legal assistance from a licensed attorney.

Failure to both timely respond to this order to show cause and file a timely opposition may result in the motion being granted as unopposed. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

Should Plaintiff timely file an opposition, Defendants are permitted to file their reply on or before **August 24, 2018**.

IT IS SO ORDERED.

Dated: August 9, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge